

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CUSHMAN, individually and on behalf of others similarly situated; and MARITZA HERNANDEZ, individually and on behalf of other similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PHYSICAL REHABILITATION NETWORK, LLC, a Delaware limited liability company; HEALTHCARE EMPLOYEE SERVICES, LLC, a California limited liability company; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:23-cv-01798-BEN-DDL<br>**CLASS ACTION**<br><br>**ORDER REQUIRING ADDITIONAL BRIEFING** |

　　Federal courts have limited jurisdictional power and have a continuing duty to confirm their subject matter jurisdiction. *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94 (1998). A district court has "an independent obligation to determine that subject matter jurisdiction exists." *Serrano v. 180 Connect, Inc.*, 478 F.3d 1018, 1021 (9th Cir. 2007).

Accordingly, in connection with the Plaintiffs' motion for remand, the Court hereby **ORDERS** the parties to submit additional briefing on the following issues:

1. The location of the principal place of business of Defendant Physical Rehabilitation Network, LLC; and

2. The location of the principal place of business of Defendant Healthcare Employee Services, LLC.

The parties shall each file a single opening brief on the issues above no later than Friday, May 31, 2024. The briefs shall not exceed five (5) pages (excluding any evidentiary attachments). The parties may file an opposition brief no later than Friday, June 7, 2024. The opposition briefs shall not exceed five (5) pages (excluding any evidentiary attachments). There shall be no reply briefing.

**IT IS SO ORDERED.**

Dated: May 15, 2024

_____
HON. ROGER T. BENITEZ
United States District Judge